**O**
**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH BALLROOM, LLC, | Case No. 2:20-cv-5493-ODW (KKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FARMERS INSURANCE COMPANY, INC. et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

**JUDGMENT**

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss (ECF No. 28), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants shall have **JUDGMENT** in their favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 18, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**